In re _Brannigan, Robert and Brannigan, Lisa_ / Debtor    Case No. _____
(if known)

# SCHEDULE I-CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: _Married_ | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| | | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Assistant Manager_ | _Administrative Assistant_ |
| Name of Employer | _Earth, Wind & Flour-Westwood_ | _Mt. Saint Mary's College_ |
| How Long Employed | _4 months_ | _3 Months_ |
| Address of Employer | _1776 Westwood Blvd._<br><br>_Los Angeles CA  90024_ | _12001 Chalon Road_<br><br>_Los Angeles CA  90049_ |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---:|---:|
| Current Monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 4,766.67 | $ 2,642.79 |
| Estimated Monthly Overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 4,766.67 | $ 2,642.79 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll Taxes and Social Security | $ 943.80 | $ 490.08 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union Dues | $ 0.00 | $ 0.00 |
| d. Other (Specify): | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 943.80 | $ 490.08 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 3,822.87 | $ 2,152.71 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from Real Property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| Social Security or other government assistance Specify: | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income Specify: | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 3,822.87 | $ 2,152.71 |
| TOTAL COMBINED MONTHLY INCOME    $ 5,975.58 (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document: